UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY ELIZABETH GRAY, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:11-0659 |
| v. ) | Judge Campbell/Brown |
| ) | **Jury Demand** |
| WILLIAMSON COUNTY HOSPITAL ) | |
| DISTRICT d/b/a WILLIAMSON ) | |
| MEDICAL CENTER, ) | |
| ) | |
| Defendant ) | |

### O R D E R

A telephone conference was held with the parties on February 6, 2012. The parties advised that they were generally on track in this case. The Plaintiff's deposition had to be continued because of medical difficulties she was having, but they anticipate it will be completed without difficulty.

At the present time the parties do not see the need for any adjustment to the scheduling order. The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at their request at any time.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge