IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY ELIZABETH GRAY )
)
v. ) NO. 3-11-0659
) JUDGE CAMPBELL
WILLIAMSON MEDICAL CENTER )

ORDER

The parties have filed a Rule 41 Stipulation of Dismissal (Docket No. 27), indicating that all matters in dispute herein have been resolved. Accordingly, this action is dismissed with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for March 11, 2013, and the bench trial set for March 19, 2013, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE